No. 112. DIFCO LABORATORIES, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *Leonard A. Keller* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Leonard M. Wagman* for respondent.

No. 113. MANDASK COMPANIA DE VAPORES, S. A. *v.* FEDERAZIONE ITALIANA DEI CONSORZI AGRARI ET AL. C. A. 2d Cir. Certiorari denied. *Edwin Longcope* and *David C. Wood* for petitioner. *Walter P. Hickey* for respondents.

No. 115. DEL MAR ET AL., EXECUTORS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Brackley Shaw* for petitioners. *Solicitor General Griswold, Assistant Attorney General Rogovin,* and *Robert N. Anderson* for the United States.

No. 116. GENERAL LONGSHORE WORKERS, I. L. A., LOCAL UNION 1418, ET AL. *v.* NEW ORLEANS STEAMSHIP ASSN. C. A. 5th Cir. Certiorari denied. *Alvin J. Liska* for petitioners. *Samuel Lang* for respondent.

No. 121. ABINOJA ET AL. *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied. *Melvyn E. Stein* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for respondent.

No. 127. BASSICK CO. ET AL. *v.* BLAKE ET AL. C. A. 7th Cir. Certiorari denied. *Dugald S. McDougall* and *Augustus G. Douvas* for petitioners. *John D. Dewey* for respondents.